**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fayaz ANJUM, Defendant–Appellant.**

**No. 01–7126.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 6, 2001.

Fayaz Anjum, pro se. Stephen Matthew Schenning, United States Attorney, Baltimore, MD, for appellee.

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Fayaz Anjum appeals from the district court's order denying his motion for jury selection records. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Anjum,* No. CR–92–96–JFM (D. Md. filed June 19, 2001; entered June 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*